Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 30, 2018

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BHAVESH PATEL,<br><br>Defendant. | NO. CR18-5264 BHS<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**(Intentional Damage to a Protected Computer Without Authorization)**

**I.  Introduction**

At all times material to this Indictment:

1. The victim in this case (hereinafter, "Victim Hospital") was a Washington non-profit health services company that operated five hospitals and medical centers in the South Sound area of Washington State;

2. Victim Hospital operated a computer network with medical-service providers' workstations located in Pierce County, Washington;

Indictment/Patel
Page - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. Defendant BHAVESH PATEL was an individual employed as a contractor for Victim Hospital as a lead database engineer and administrator responsible for implementing an electronic medical records ("EMR") system known as EPIC;

4. Victim Hospital used a dual-system structure for EMR, through which one system (called the "PROD" system) collected EMR on a real-time basis, and then transferred all of the new EMR to a second system (called the "SUP system"), pursuant to an "environment copy script" that ran at a scheduled time each day. The dual-system structure allowed Victim Hospital to perform routine maintenance to EMR on the SUP system without disrupting medical providers' ability to provide services to patients and create new EMR over the course of each day.

5. Defendant's project assignment at Victim Hospital was terminated on or about July 18, 2013, after which time he was not authorized to access Victim Hospital's computer systems.

## II. The Offense

### A. Patel's Unauthorized Access to Victim Hospital's Computers

6. On or about July 17, 2013, PATEL modified the user account of a former employee by changing the password;

7. On or about August 16, 2013, PATEL logged into a virtual private network (VPN) for Victim Hospital using an account in his name that established a connection between a computer at his home in South Dakota and Victim Hospital's network;

8. Upon logging into the VPN, PATEL then logged into Victim Hospital's system using the former employee's user account that he had reset on July 17, 2013;

9. While logged into Victim Hospital's system, PATEL modified the system alert file that is used for the delivery of alert notifications to system administrators regarding problems with Victim Hospital's servers; PATEL changed the e-mail address to which alert messages were sent to a non-existent e-mail address. This action prevented

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

system administrators from being able to receive alerts when subsequent system errors occurred;

10. PATEL then changed the environment copy script that Victim Hospital used in connection with its management of electronic medical records. In particular, PATEL directed the system to copy EMR that belonged to Victim Hospital from the SUP system to the PROD system instead of the typical transfer of new EMR from the PROD system to the SUP system. In effect, PATEL re-configured the environment copy script to overwrite all of the new EMR from the previous day with older data contained in the SUP system;

11. PATEL then changed the environment copy script schedule such that the modified script ran immediately rather than waiting until the scheduled time on the following day. When the modified script was executed, the system rejected the copy operation that the script attempted to perform. This in turn caused the system to enter an error state that made the system unavailable to the entire Victim Hospital system. System administrators were not alerted to the error condition by the system alert mechanism because PATEL had altered the alert configuration earlier;

12. After changing the environment copy script, PATEL used the set command to change the last modified date and time for the environment copy script and the log files that record when the environment copy script operated;

13. As a result of PATEL's changes to the environment copy script, the entire medical record system at four of the Victim Hospital's facilities in the Puget Sound region crashed for approximately 30 minutes, preventing hospital personnel from accessing patient medical records, properly admitting new patients, or registering patient medications in the Victim Hospital's records system.

**B. Execution of The Offense**

On or about August 16, 2013, in Pierce County, within the Western District of Washington and elsewhere, the defendant, BHAVESH PATEL, knowingly caused the transmission of a program, information, code, and command, and, as a result of that

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | conduct, intentionally caused, and attempted to cause, damage, without authorization, to a
2 | protected computer, to wit, by logging into Victim Hospital's computer system, changing
3 | the alert e-mail address, altering the environment copy script, changing the script
4 | schedule, and changing the last modified date and time for the script and log files,
5 | PATEL intentionally caused damage resulting in loss to one or more persons during a
6 | one-year period aggregating at least $5,000 in value; the modification and impairment,
7 | and potential modification and impairment, of the medical examination, diagnosis,
8 | treatment, and care of 1 or more individuals; a threat to public health and safety; and,
9 | damage affecting 10 or more protected computers during a one-year period.
10 | //
11 | //

Indictment/Patel
Page - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B)(i)(I), (II), (IV) and (VI), and (ii).

A TRUE BILL:

DATED: 5-30-2018

(Signature of Foreperson redacted pursuant to policy of the Judicial Conference)
FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
ANDREW FRIEDMAN
Assistant United States Attorney

_____
STEVEN MASADA
Assistant United States Attorney

_____
SIDDHARTH VELAMOOR
Assistant United States Attorney

Indictment/Patel
Page - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970